UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/26/2026
```

UNITED STATES OF AMERICA,

-v-

KERLYN NATALIY PEREZ-LOPEZ,

Defendant.

25-cr-76 (MKV)

ORDER APPOINTING
LEARNED COUNSEL

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to 18 U.S.C. § 3005 and the SDNY Policy Governing Appointment of CJA Counsel in Capital Cases, IT IS HEREBY ORDERED that Steven Lynch is appointed as Learned Counsel for the defendant.  The Court will separately issue a Seed Budget Order.

**SO ORDERED.**

**Date:  February 26, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**